Before PRICE, WICKERSHAM and LIPEZ, JJ.

For the reasons in the foregoing memorandum opinion, we affirm the chancellor's decree.

August 21, 1981.

435 A.2d 920

Ambassador Insurance Co., Appellant v. Chakler, et al.

Argued January 26, 1981. Charles Jay Bogdanoff, for appellant; Joseph Fineman, for appellees.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

The order of April 24, 1980, is affirmed.

CAVANAUGH, J., filed a memorandum concurring statement.

437 A.2d 1015

Berks Mutual Leasing Co., et al. v. Empire Steel.

Berks Mutual Leasing Co., et al., Appellants v. Empire Steel.

Berks Mutual Leasing Co., et al. v. Empire Steel.

Berks Mutual Leasing Co., et al. v. Empire Steel.

Appeal of C. N. A. Insurance.

Appeal of Patrick J. Alfiero.

Appeal of International Harvester Co.

Reargument Denied Dec. 9, 1981.

Petition for Allowance of Appeal Denied Jan. 29, 1982.

566

Argued March 2, 1981. John G. Jenemann, for C. N. A., Insurance, appellant (at No. 1866) and appellee (at Nos. 1867, 1868 and 1956); Kean K. McDonald, for Berks, et al., appellants (at No. 1867) and appellees (at Nos. 1866, 1868 and 1956); Paul R. Anapol, for Alfiero, appellant (at No. 1868) and appellee (at Nos. 1866, 1867 and 1956); Steve McEwen, for International Harvester, appellant (at No. 1956) and appellee (at Nos. 1866, 1867 and 1868); J. Grant McCabe, III, for Empire Steel, appellee.

Before CERCONE, P. J., and WICKERSHAM and BROSKY, JJ.

The order of the lower court is affirmed.

435 A.2d 920

Commonwealth v. Benton, Appellant.

Submitted September 8, 1980. Ronald Segal, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order affirmed.